NO. 16F0657-202

| | |
|---|---|
| STATE OF TEXAS | IN THE DISTRICT COURT |
| v. | OF BOWIE COUNTY, TEXAS |
| TERRY NEAL THOMAS | 202nd JUDICIAL DISTRICT |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/30/2017 8:40:10 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

COMES NOW Defendant, **Terry Neal Thomas**, and files this his notice of appeal to the Sixth District Court of Appeals of the conviction in Cause No. 16F0657-202 on September 27, 2017.

Respectfully submitted,

*/s/Alwin A. Smith*
Alwin A. Smith
TBN: 18532200
al@alwinsmith.com
602 Pine Street
Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appeal has been forwarded to Mike Shepherd, 601 Main Street, Texarkana, Texas 75501, on this the 29th day of November 2017.

*/s/Alwin A. Smith*
Alwin A. Smith